EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail:   Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 15-05849 |
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | 18 U.S.C. § 981(a)(1)(C) |
| $100,000.00 SEIZED FROM REDSTONE CREDIT UNION ACCOUNT NO. '3207, | D.C.I.S. |
| Defendant. | |

    For its claim against the defendant $100,000.00 Seized From Redstone Credit Union Account '3207 (the "defendant bank funds"), described more specifically below, the United States of America alleges:

**JURISDICTION AND VENUE**

    1.   This is a civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(C).

    2.   This court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

**PERSONS AND ENTITIES**

4. The plaintiff in this action is the United States of America.

5. The defendant is $100,000.00 in funds seized from Redstone Federal Credit Union Account No. '3207, which account is in the name of Chun Tucker. The defendant bank funds were seized pursuant to a federal seizure issued by a United States Magistrate Judge in the Central District of California on May 15, 2012 by the United States Department of Defense, Defense Criminal Investigation Service from Redstone Federal Credit Union, located at 220 Wynn Drive in Huntsville, Alabama.[1]

6. The defendant bank funds are currently in the custody of the United States Marshals Service in this District, where they shall remain subject to the jurisdiction of this Court during the pendency of this action.

7. The interests of Tucker and the Republic of Korea ("ROK") may be adversely affected by these proceedings.

**FACTS SUPPORTING FORFEITURE**

8. Under the terms of the Status of Forces Agreement ("SOFA") between the ROK and the United States, contractors working for the United States Armed Forces Korea ("USFK") are exempt from ROK taxes on gasoline and other petroleum products purchased for official use in the ROK. The terms of the SOFA also provide that the USFK is responsible for certifying the eligibility of contractors to receive

---

[1] In compliance with Local Rule 5.2-1, only the last 4 digits of financial account numbers are set forth in this complaint.

the tax exemptions and providing them a Tax Exemption Coupon for the purchase of petroleum products.  Each coupon identifies, inter alia, the USFK contract number, the name of the company from which the petroleum products are to be purchased, the price and quantity of the purchase and the identity of the issuing officer.  When the coupons are used at a Korean gas station, the station owner calculates the amount of Korean taxes exempted and the purchaser only pays the net amount.  Tucker worked in Korea as a Contract Branch Chief with the Army Corps of Engineers, and was responsible for issuing tax exempt fuel coupons to USFK contractors.

9.  In 2004 Tucker began accepting bribes in exchange for distributing the fuel coupons to Chang-Kyu Kim ("Kim"), the owner of a gas station in Korea.  In order to facilitate payment of the bribes, Kim opened an account at Shinhan Bank ROK under his name, deposited the bribe payments into the account, and gave Tucker access to the account.  Tucker would then withdraw the bribe payments from the account after Kim deposited them.  Kim made over $400,000.00 in bribe payments to Tucker in exchange for the fuel coupons.

10.  The fuel coupons that Tucker delivered to Kim were fraudulent in that, inter alia, they referenced either non-existent or ineligible contracts.  The bribery scheme described above caused a revenue loss to the ROK of approximately $9.5 million in 2006 alone.

11.  During the time of the bribery scheme, Tucker maintained accounts at Redstone Federal Credit Union in Alabama and Community Bank in Korea.  Tucker made over $268,000 in deposits to her Redstone account between 2004 and 2006, which originated from Tucker's Community Bank account.  Tucker had no legitimate source of income between 2004 and 2006 other than her salary as an Army employee.  The

3

sums deposited into Tucker's Redstone account between 2004 and 2006 significantly exceeded her legitimate salary.

12. On June 9, 2014, Tucker agreed to plead guilty to one count of bribery.  See United States v. Tucker, No. CR 11-00248-JFW (C.D. Cal.)(Dkt. 5 (filed April 8, 2015)).

13. Based upon the above facts, plaintiff alleges that the defendant bank funds represent or are traceable to proceeds of the bribery of a public official in violation of 18 U.S.C. § 201.  The defendant bank funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant bank funds, due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed, that this court decree forfeiture of the defendant bank funds to the United States of America for disposition according to law and for such other and further relief as this court may deem just and proper, together with the costs and disbursements of this action.

Dated: August 3, 2015            Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


        /s/
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4

**VERIFICATION**

I, Nak Choe, declare and say that:

1. I am a Special Agent with the Department of Defense, Office of Inspector General, Defense Criminal Investigative Services.

2. I have read the attached Verified Complaint for Forfeiture and know the contents thereof.

3. The information contained in the Complaint is either known to me personally, was furnished to me by official government sources, or obtained pursuant to subpoena. I am informed and believe that the allegations set out in the Complaint are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 28 day of July 2015 at LONG BEACH, California.

/s/ Nak Choe
NAK CHOE
Special Agent
Department of Defense-Defense
Criminal Investigative Services