Exhibit "E"



<table>
<tr><td>Frank D. Kortum:tbv</td><td>

**U. S. Department of Justice**
*United States Attorney*
***Central District of California***
</td></tr>
</table>

---

*Frank D. Kortum*
*Assistant United States Attorney*
*email:    Frank.Kortum@usdoj.gov*
*(213) 894-5710*

*Federal Courthouse*
*312 N. Spring Street, 14ᵗʰ Floor*
*Los Angeles, California 90012*
*Fax: (213) 894-7177*

September 2, 2015

**REGISTERED   MAIL**

Il-Su Lim, Deputy Chief of ICC
International Cooperation Center Supreme
Prosecutors' Office-Republic of Korea
157 Banpo-daero, Seocho-gu
Seoul 137-730, Korea

    Re:    <u>United States v. $100,000.00 Seized from Redstone</u>
          <u>Credit Union Account No. '3207,</u>
          CV 15-05849-BRO (FFMx)

Dear Mr. Lim:

      This is to advise you that a Complaint for Forfeiture has been filed against the above-referenced property.   Enclosed with this letter are copies of (1) the Complaint for Forfeiture, (2) the Notice, (3) the Notice of Assignment to United States Magistrate Judge for Discovery, (4) The Notice to Parties of Court-Directed ADR Program, (5) The Notice of Related Case, and (6) the Order Re Transfer.   Also enclosed is a Petition for Remission or Mitigation of Forfeiture, and a pamphlet issued by the District Court for the Central District of California concerning Civility and Professionalism Guidelines, which should guide the conduct of these proceedings.

      You are receiving notice of the filing of the enclosed Complaint because you may have the right to appear in this action and contest the forfeitability of the defendant property.   If you intend to contest forfeitability, you must file a Claim identifying your right or interest with the Clerk of the United States District Court for the Central District of California on or before **October 7, 2015**, and a separate Answer within 21 days thereafter. Contemporaneously with your filing of the Claim and Answer, you must serve this office with a copy of each pleading filed, directed to the attention of the undersigned.   You may serve these documents by personal delivery to the 14ᵗʰ Floor of the Federal Courthouse, as stated above, or by regular mail.

28

You are further notified that the Claim must comply with the provisions of Rule G (5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, which Rules are a supplement to the Federal Rules of Civil Procedure. The Claim must be verified, *i.e.*, made by you under oath, and must describe your claimed interest in the defendant property, *i.e.*, as owner, lienholder, *etc*. Please note that you are also required to comply with the Local Rules of the District Court for the Central District of California.

It is essential that both the Claim and Answer be filed within the times noted above or within an extended time to which this office agrees and which the court approves. If no Claim is filed with the Clerk and a copy served on this office by **October 7, 2015**, or if a Claim is filed on time, but an Answer is not filed and served within 21 days (and this office has not agreed to an extension of either or both of said deadlines), the government will assume that you do not intend to intervene, and will seek entry of default and default judgment against any interest that you may have in the property. This will prohibit you from taking any future steps to prevent the forfeiture without specific permission from the court.

This letter is also to inform you that you may submit a Petition for Remission or Mitigation of Forfeiture to the Department of Justice with respect to this property. The regulations governing Petitions for Remission or Mitigation of Forfeiture are set out at Title 28, Code of Federal Regulations ("C.F.R."), section 9.1 *et seq.*, and the specific requirements for a Petition are set out at 28 C.F.R. § 9.4. In general, the Petition must include the following information in clear and concise terms: (1) your name, address and social security number (or taxpayer ID number, as appropriate); (2) the seizing agency, asset identifier number, and date and place of seizure; (3) the district court case number (*see* above); (4) a detailed description of the property claimed, including the amount of any currency, the address or legal description of real property, and the make, model number and serial (or vehicle identification or hull) number of personal property, as appropriate; and (5) a description of your claimed interest in the property you are seeking to recover, supported by original or certified bills of sale, contracts, mortgages, deeds, or other documentary evidence. In addition, you should describe all extenuating and mitigating circumstances and other reasons why you believe the Petition should be granted. The petition must be sworn to by the petitioner or by the petitioner's attorney. If sworn by an attorney, the petition must be accompanied by the petitioner's sworn notice of representation pursuant to 28 U.S.C. § 1746, and must be attested to by the attorney as set forth in 28 C.F.R. § 9.9(g). The petition must be submitted to this office promptly.

The Petition, **which is not to be filed with the Court**, shall be addressed to the Attorney General of the United States, and the original, together with two copies, shall be forwarded to the United States Attorney for the Central District of California and directed to the attention of the undersigned. You must also submit a separate copy of the petition to the seizing agency in the district in which the seizure occurred, except in cases involving seizures by the Drug Enforcement Administration (in which case a copy of the petition must be mailed to "Drug Enforcement Administration Headquarters, Office of Chief Counsel," P.O. Box 28356, Washington, D.C. 20038, or 700 Army Navy Drive, Arlington,

29

VA 22202) or the Bureau of Alcohol, Tobacco, Firearms and Explosives (in which case a copy of the petition must be mailed to "Special Agent in Charge, Asset Forfeiture and Seized Property Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives," 650 Massachusetts Avenue, NW., Washington, D.C. 20226).

Upon receipt of a petition by this office, the petition will be investigated and a decision to grant or deny the petition will be made by the Chief of the Asset Forfeiture and Money Laundering Section, Criminal Division, Department of Justice, without a hearing. Please note that the Petition process is entirely separate from the judicial action in which the enclosed complaint has been filed. There are no specific time limits for the granting or denial of a petition. The filing of a Petition will not protect any rights that you may have with respect to the defendant property. **If you wish to contest the forfeiture of the defendant property, <u>you must file a Claim and Answer within the time limits set out herein.</u>**

Pursuant to the Local Rules of the United States District Court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). If you are not already registered as an ECF User, then registration can be done at http://www.pacer.gov/."

Very truly yours,

EILEEN M. DECKER
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Enclosures

30

REGISTERED MAIL

RB 345 976 791 US

(102595) 99-M-1904

Label 200, July 1999

**U.S. Department of Justice**
United States Attorney
*Central District of California*

312 North Spring Street
Los Angeles, California 90012

Official Business

Il-Su Lim, Deputy Chief of ICC
International Cooperation Center Supreme
Prosecutors' Office-Republic of Korea
157 Banpo-daero, Seocho-gu
Seoul 137-730, Korea

---

**Registered Article** *(Envoi recommandé)*

☒ Letter *(Lettre)*  ☐ Printed Matter *(Imprimé)*  ☐ Other *(Autre)*  ☒ Recorded Delivery *(Envoi à livraison attestée)*  ☐ Express Mail International

☐ Insured Parcel *(Colis avec valeur déclarée)*  | Insured Value *(Valeur déclarée)* | Article Number  RB 345 976 791 US

Office of Mailing *(Bureau de dépôt)*  U.S. Post Office  | Date of Posting *(Date de dépôt)*  9-2-2015

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*  International Cooperation Center Supreme Prosecutors Office Republic of Korea

Street and No. *(Rue et No.)*  157 Banpo-daero, Seocho-gu

Place and County *(Localité et pays)*  Seoul 137-730 Korea

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé, par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, s'ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Signature of Addressee *(Signature du destinataire)*  | Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*  | Date

Postmark of the office of destination *(Timbre du bureau de destination)*

Completed by the office of origin.  *(A remplir par le bureau d'origine.)*

Completed at destination.  *(A compléter à destination.)*

PS Form **2865**, October 1992 *(Reverse)*

31