JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 15-05849-BRO (FFMx) |
|---|---|
| Plaintiff, | **JUDGMENT OF FORFEITURE** |
| v. | |
| $100,000.00 SEIZED FROM REDSTONE CREDIT UNION ACCOUNT NO. '3207, | |
| Defendant. | |

    This action arose from the Verified Complaint for Forfeiture (the "Complaint") filed herein on August 3, 2015. Notice of this action has been given in the manner required by law, and known potential claimants Chun Tucker ("Tucker") and the Republic of Korea ("ROK") have not appeared by filing a Statement identifying their rights or interests with this Court. Further, known potential claimants Tucker and the ROK have not filed an Answer to the Complaint or otherwise defended their interests, if any, in the defendant $100,000.00 Seized from Redstone Credit Union Account No. '3207 ("defendant"). Therefore, the Court deems that known potential

claimants Tucker and the ROK, and all unknown potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all rights, title, and interest of known potential claimants Tucker and the ROK, and all unknown potential claimants in and to the defendant are condemned and forfeited to the United States of America.  This judgment does not apply to the interests of GS Caltex Corporation.

IT IS SO ORDERED.

DATED:  March 10, 2017

_____
Hon. Beverly Reid O'Connell
United States District Judge

```
PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVE R. WELK
Chief, Asset Forfeiture Section

   /s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```