SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CV 15-05849-BRO(FFMx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| $100,000.00 SEIZED FROM REDSTONE CREDIT UNION ACCOUNT NO. '3207, | |
| Defendant. | |
| GS CALTEX CORPORATION, | |
| Claimant. | |

1. Plaintiff United States of America (the "government") and claimant GS Caltex Corporation ("Caltex") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests that Caltex may have in the defendant $100,000.00 Seized from Redstone Credit Union Account No. '3207.

2. This civil forfeiture action was commenced on August 3, 2015. Caltex filed a verified claim on November 5, 2015, and an answer on November 23, 2015.

3. On November 23, 2015, Caltex filed a Petition for Remission with the United States Attorney's Office. On December 13, 2016, The Asset Forfeiture and Money Laundering Section of the Department of Justice granted Caltex's Petition for Remission.

4. On March 10, 2017, the Court entered a default judgment against the interests of known potential claimants Chun Tucker, the Republic of Korea, and all unknown potential claimants. No other claims or answers were filed, and the time for filing claims and answers have expired.

5. The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that the defendant asset ($100,000.00 Seized from Redstone Credit Union Account No. '3207), plus all interest accrued since seizure, shall be forfeited to the United States of America, for disposition according to law.

6. The United States of America and its agencies, agents, and officers (including employees and agents of the Defense

Criminal Investigative Service and the Department of Defense), have been released by the Caltex from any and all claims, actions or liabilities arising out of or related to this civil forfeiture action including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Caltex against the United States of America, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. Each of the parties shall bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: April 20, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　/s/ *Frank D. Kortum*
_____
FRANK D. KORTUM
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA